McGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00022-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA; ORDER |
| v. | DATE: June 16, 2020 |
| TEODORO ANDRADE-BAUTISTA, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, JOSEPH BARTON, Assistant United States Attorney, and CARRIE McCREARY, counsel for the defendant, that the Change of Plea scheduled for June 16, 2020, may be continued until July 27, 2020, at 10:00 a.m.  The United States has produced approximately 300 pages of discovery to defense counsel and has provided defense counsel with a plea agreement.  The parties agree that time under the Speedy Trial Act shall be excluded through July 27, 2020, in the interests of justice, including but not limited to, the need for effective defense preparation, defense investigation, and plea negotiation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties further agree that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  June 9, 2020                               McGREGOR W. SCOTT
                                                   United States Attorney

                                                   */s/ JOSEPH BARTON*
                                                   JOSEPH BARTON
                                                   Assistant United States Attorney


Dated:  June 9, 2020                               */s/ CARRIE McCREARY*
                                                   CARRIE McCREARY
                                                   Counsel for Defendant


## ORDER

Upon the Parties' stipulation and for good cause shown, the Change of Plea scheduled for June 16, 2020, is continued until July 27, 2020, at 10:00 a.m., before the Hon. District Judge Dale A. Drozd. The period through July 27, 2020, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **June 9, 2020**                           _____
                                                   UNITED STATES DISTRICT JUDGE