1  McGREGOR W. SCOTT
   United States Attorney
2  JOSEPH BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,                CASE NO.  1:20-CR-00022-DAD-BAM

12                         Plaintiff,          STIPULATION TO CONTINUE CHANGE OF
                                               PLEA; ORDER
13             v.
                                               DATE: July 28, 2020
14  TEODORO ANDRADE-BAUTISTA,                   TIME: 9:00 a.m.
                                               COURT: Hon. Dale A. Drozd
15                         Defendant.

16

17         IT IS HEREBY STIPULATED by and between the parties through their respective counsel,

18  JOSEPH BARTON, Assistant United States Attorney, and CARRIE McCREARY, counsel for the

19  defendant, that the Change of Plea scheduled for July 28, 2020, may be continued until September 8,

20  2020, at 10:00 a.m.  The United States has produced approximately 300 pages of discovery to defense

21  counsel and has provided defense counsel with a plea agreement.  The parties agree that time under the

22  Speedy Trial Act shall be excluded through September 8, 2020, in the interests of justice, including but

23  not limited to, the need for effective defense preparation, defense investigation, and plea negotiation

24  pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties further agree that the

25  ends of justice served by taking this action outweigh the best interest of the public and the defendant in a

26  speedy trial.

27         ///

28         ///

STIPULATION AND ORDER                          1

1

2       IT IS SO STIPULATED.

3

4

5    Dated:  July 23, 2020                              McGREGOR W. SCOTT
                                                        United States Attorney

6

7                                                       */s/ JOSEPH BARTON*
                                                        JOSEPH BARTON
8                                                       Assistant United States Attorney

9

10   Dated:  July 23, 2020                              */s/ CARRIE McCREARY*
                                                        CARRIE McCREARY
11                                                      Counsel for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER                              2

McGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:20-CR-00022-DAD-BAM |
| Plaintiff, | ORDER |
| v. | |
| TEODORO ANDRADE-BAUTISTA , | |
| Defendant. | |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Change of Plea scheduled for July 28, 2020, is continued until September 8, 2020, at 10:00 a.m., before the Hon. District Judge Dale A. Drozd.  The period through September 8, 2020, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:    **July 23, 2020**                 _____

UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER

3