UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TEODORO ANDRADE-BAUTISTA,<br><br>　　　　　Defendant. | Case No.  1:20-cr-00022-DAD-BAM<br><br><br>ORDER OF RELEASE |

　　　The above named defendant having been sentenced on December 1, 2020 to TIME SERVED.

　　　IT IS HEREBY ORDERED that the defendant shall be released forthwith.  This Order in no way addresses any holds that are in place, including from Immigration officials or other jurisdictions. A judgment and commitment order will follow.

IT IS SO ORDERED.

　　　Dated:   **December 1, 2020**　　　　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1